This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-37828**

**JOE VEGA,**

Plaintiff-Appellant,

and

**NANCY ANN RICHARDS,
and VALLE ALLEGRE, LLC,**

Plaintiffs,

v.

**SOUTH VALLEY CARE CENTER,
LLC, HUNTER GREENE, TREVOR
WILSON, and CHARLES BENNETT,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Carl J. Butkus, District Court Judge**

Clayton E. Crowley
Albuquerque, NM

for Appellant

Resnick & Louis, P.C.
John S. Campbell
Albuquerque, NM

Jewell Law Offices
Tommy Jewell
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**ATTREP, Judge.**

**{1}** Plaintiff Joe Vega appeals from the district court's entry of final judgment against him, following a bench trial. We issued a notice of proposed summary disposition proposing to affirm. Defendants filed a memorandum in support of our proposed summary affirmance, which we have duly considered. Plaintiff Vega did not file a memorandum in opposition to our proposed disposition.

**{2}** For the reasons outlined in our notice of proposed disposition, and in the absence of opposition from either party, we conclude that Plaintiff Vega failed to demonstrate error on appeal. *See Farmers, Inc. v. Dal Mach. & Fabricating, Inc.*, 1990-NMSC-100, ¶ 8, 111 N.M. 6, 800 P.2d 1063 (stating that the burden is on the appellant to clearly demonstrate that the trial court erred); *State v. Aragon*, 1999-NMCA-060, ¶ 10, 127 N.M. 393, 981 P.2d 1211 (stating that there is a presumption of correctness in the rulings or decisions of the trial court, and the party claiming error bears the burden of showing such error). Accordingly, we affirm.

**{3}    IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**SHAMMARA H. HENDERSON, Judge**